WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull, | No. CV-19-05909-PHX-JJT (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

The Court has considered Petitioner's "Motion To Stay Habeas proceedings Pro Se" (Doc. 11). No good cause has been shown to stay these proceedings.

IT IS ORDERED denying Petitioner's "Motion To Stay Habeas proceedings Pro Se" (Doc. 11).

Dated this 3rd day of March, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge