IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull,<br><br>        Petitioner,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>        Respondents. | No. CV-19-05909-PHX-JJT (ESW)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 24, R&R) issued by United States Magistrate Judge Eileen S. Willett recommending that the Court dismiss as untimely the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1). Petitioner has timely filed Objections to the R&R (Doc. 27). Respondents have filed Reply to the Objections (Doc. 28). Upon consideration of all of the above, the Court will adopt the R&R in full, overrule the Objections and dismiss with prejudice the Petition as untimely.

As Judge Willett properly concluded in her thorough analysis, Petitioner's convictions became final on April 26, 2018 for purposes of habeas review, and he had until April 26, 2019 to file his Petition, absent tolling; he did not file his Petition until December 30, 2019, so it is untimely by over eight months unless tolling applied. Also as Judge Willett concluded, statutory tolling is inapplicable because Petitioner never filed a timely, and therefore proper, PCR petition. Such PCR petition had to be filed no later than February 27, 2018 under Rule 32.4, Ariz. R. Crim. P., but Petitioner did not file it until

April 10 of that year. The PCR notice and petition therefore never tolled the limitation period for federal habeas review.

Petitioner is not eligible for equitable tolling for the reasons set forth in the R&R as well. His appellate counsel, Ms. Levitt, did not by commission or omission create "extraordinary circumstances sufficient to warrant equitable tolling" as defined in *Fry v. Hickman*, 273 F.3d 1144, 1146 (9th Cir. 2001). Although Petitioner contests Judge Willett's conclusion in much of his 88-page Objection, he does not address how, despite his counsel making him aware of the applicable limitations period and the state trial court advising him of the 30-day deadline to file a notice of PCR, the bar for extraordinary circumstances set forth in the myriad caselaw cited by both Judge Willett in the R&R and Respondents in their Reply is met. It is not.

IT IS ORDERED adopting the R&R (Doc. 24) in whole and overruling the Objections thereto. (Doc. 27.)

IT IS FURTHER ORDERED dismissing with prejudice the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1).

IT IS FURTHER ORDERED denying a certificate of appealability and leave to proceed in forma pauperis. Dismissal of the instant Petition is justified by a plain procedural bar.

Dated this 1st day of February, 2021.

Honorable John J. Tuchi
United States District Judge